IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PUBLIC WORKS CONSTRUCTORS, LLC, a Delaware limited liability company; and WEISS CONSTRUCTION CO., LLC, a Michigan limited liability company;<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHERN SPECIALTY WELDING, LLC, an Alabama limited liability company;<br><br>Defendant. | 8:20CV3055<br><br>**ORDER** |

A hearing was held upon the motion of Sinder Law Firm, Shane Placek, Bradley Nick, and Linsey Moran Bryan to withdraw as counsel for Southern Specialty Welding, LLC. ([Filing No. 40](#).) Southern Specialty did not appear through a corporate representative at the hearing. There was no objection to the motion.

Having considered the matter,

**IT IS ORDERED:**

1.  The Motion to Withdraw ([Filing No. 40](#)) is granted.

2.  Sinder Law Firm, Shane Placek, Bradley Nick, and Linsey Moran Bryan shall send a copy of this Order to Southern Specialty no later than **November 8, 2021**. They shall also file a notice of withdrawal and serve the withdrawal upon Southern Specialty no later than **November 8, 2021**. Additionally, they shall file a certificate

of service setting out the addresses to which the Order and notice of withdrawal was sent. Once the notice of withdrawal and certificate of service are filed, the Clerk of Court shall terminate Sinder Law Firm, Shane Placek, Bradley Nick, and Linsey Moran Bryan as counsel and terminate further notices to them in this action.

3. Southern Specialty is hereby advised corporations cannot litigate in this forum without representation by licensed counsel. Thus, failure to have representation could result in the entry of default judgment. See *Ackra Direct Mktg. Corp. v. Fingerhut Corp.*, 86 F.3d 852, 857 (8th Cir. 1996). Therefore, Southern Specialty shall have substitute counsel enter a written appearance in this case by **December 6, 2021**.

Dated this 2nd day of November, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge