IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PUBLIC WORKS CONSTRUCTORS, LLC, a Delaware limited liability company; and WEISS CONSTRUCTION CO., LLC, a Michigan limited liability company;<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHERN SPECIALTY WELDING, LLC, an Alabama limited liability company;<br><br>Defendant. | 8:20CV3055<br><br>**ORDER OF DISMISSAL** |

Plaintiffs have filed a voluntary motion to dismiss this action without prejudice. (Filing No. 54.) Having considered the matter,

**IT IS ORDERED** that the Voluntary Motion to Dismiss (Filing No. 54) is granted. The above-captioned case is dismissed without prejudice. Judgment will be entered by separate document.

Dated this 9th day of February, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge